**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CR 10-00250-1-PHX-SRB<br>) |
| Carlos Lopez-Ramos, | ) **DETENTION ORDER**<br>) |
| Defendant. | )<br>) |

On November 16, 2010, defendant Carlos Lopez-Ramos appeared before this Court on a petition for revocation of supervised release. The Court considered the information provided to the Court, and the arguments of counsel in determining whether the defendant should be released on conditions set by the Court.

The Court finds that the defendant, having previously been convicted and placed on supervised release, and having appeared before the Court in connection with a petition to revoke his supervised release, has failed to establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of the community if released pursuant to Rule 46(d), and Rule 32.1(a)(6), Federal Rules of Criminal Procedure, and 18 U.S.C. §3143.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

Dated this 16th day of November, 2010.

                                                        James F. Metcalf
                                          United States Magistrate Judge